**CARY P. GREISEN SB# 125173**
**GREISEN LAW CORPORATION**
**4120 DOUGLAS BLVD., #306-192**
**GRANITE BAY, CA 95746**
**Telephone No.: (916) 781-8338**

Attorney for **RAKESH VIJ**

## UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>**GAVIN GREGORY MEHL**<br>                    Debtor, | Bankruptcy Case No. 19-26296<br><br>DC No. CPG-001<br><br>**EXHIBITS IN SUPPORT OF MOTION FOR RELIEF FROM STAY BY RAKESH VIJ**<br><br>**Local Rule 9014-1 (f) (2)**<br><br>**Date: October 22, 2019**<br>**Time: 1:30 p.m.**<br>**Courtroom: 33**<br>**Dept.: C** |

| Exhibit Number | Pages | Exhibit Description |
|---|---|---|
| 1. | 1-4 | Trustee's Deed recorded Yolo County on March 25, 2019 as Document 2019-0005722-00 |
| 2. | 5-6 | Declaration of Casey Constantine Yolo County Superior Court action UD19-879 |

                              Respectfully submitted,

Dated: October 8, 2019        GREISEN LAW CORPORATION

                                      _____
                                      CARY P. GREISEN, Attorneys for RAKESH VIJ

**EXHIBITS IN SUPPORT OF MOTION FOR RELIEF FROM STAY BY RAKESH VIJ**

**EXHIBIT 1**

Filed 10/08/19    Case 19-26296    Doc 10

RECORDING REQUESTED BY:

WHEN RECORDED MAIL DEED
AND TAX STATEMENT TO:

Rakesh Vij
5323 Laurel Ridge Ct
Fairfield, CA 94534



YOLO Recorder's Office
Jesse Salinas, County Recorder
**DOC- 2019-0005722-00**
REQD BY RAKESH IJ
Monday, MAR 25, 2019 08:45:00
Ttl Pd   $773.50    Rcpt # 0001340049
                                FRT/R9/1-3

---

APN: 014-730-013        TS No: CA08002016-14-1        TO No: 140095076

## TRUSTEE'S DEED UPON SALE

The undersigned Grantor, under penalty of perjury, declares:

1) The Grantee herein was not the foreclosing beneficiary.
2) The amount of the unpaid debt together with costs was:   $1,381,195.76
3) The amount paid by the Grantee at the trustee sale was:  $685,000.00
4) The documentary transfer tax is:   $ 753.50
5) Said property is in the city of: WEST SACRAMENTO
6) A.P.N. 014-730-013

and **MTC Financial Inc. dba Trustee Corps**, herein called "Trustee", as Trustee (or as Successor Trustee) of the Deed of Trust hereinafter described, hereby grants and conveys, but without covenant or warranty, express or implied, to **Rakesh Vij**, herein called "Grantee", the real property in the County of Yolo, State of California, described as follows: **SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF**

This deed is made pursuant to the authority and powers given to Trustee (or to Successor Trustee) by law and by that certain Deed of Trust dated November 9, 2005, made to GAVIN MEHL, A SINGLE MAN and recorded on November 10, 2005, as Instrument No. 2005-0056566-00 of Official Records in the office of the Recorder of Yolo County, CA, Trustee (or Successor Trustee) having complied with all applicable statutory provisions and having performed all of his duties under the said Deed of Trust.

(3)

APN: 014-730-013　　　TS No: CA08002016-14-1　　　TO No: 140095076

All requirements of law and of said Deed of Trust relating to this sale and to notice thereof having been complied with. Pursuant to the Notice of Trustee's Sale, the above described property was sold by Trustee (or Successor Trustee) at public auction on **March 12, 2019** at the place specified in said Notice, to Grantee who was the highest bidder therefore, for **$685,000.00**, in lawful money of the United States, which has been paid.

Dated: 3/20/2019

MTC Financial Inc. dba Trustee Corps

By: Myron Ravelo, Authorized Signatory

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of CALIFORNIA
County of ORANGE

On 3-20-19 before me, Bernardo Sotelo-Hernandez, a Notary Public, personally appeared Myron Ravelo, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of CALIFORNIA that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Notary Public Signature

BERNARDO SOTELO-HERNANDEZ
Notary Public – California
Orange County
Commission # 2192599
My Comm. Expires Apr 20, 2021

APN: 014-730-013     TS No: CA08002016-14-1     TO No: 140095076

## EXHIBIT "A"

LOT 122, AS SHOWN UPON SUBDIVISION NO. 3953, UNIT NO. A, LIGHTHOUSE MARINA AND COUNTRY CLUB, FILED FEBRUARY 25, 1992 IN BOOK 17 OF MAPS, PAGES 1 THROUGH 18, INCLUSIVE, YOLO COUNTY RECORDS, AND AMENDED BY CERTIFICATE OF CORRECTION RECORDED SEPTEMBER 7, 1993 IN BOOK 2538 OF OFFICIAL RECORDS AT PAGE 340, YOLO COUNTY OFFICIAL RECORDS.

EXCEPTING THEREFROM THAT PORTION THEREOF DESCRIBED IN DEED FROM AMERICAN HOME LTD., A CALIFORNIA PARTNERSHIP, RECORDED FEBRUARY 23, 1979 IN BOOK 1353 OF OFFICIAL RECORDS AT PAGE 506, YOLO COUNTY RECORDS, ALL MINERALS, OIL, GAS AND OTHER HYDROCARBON SUBSTANCES WITHIN OR UNDERLYING THE LAND BELOW A DEPTH OF 500 FEET FROM THE SURFACE THEREOF.

3

END OF DOCUMENT

I hereby certify that this is a true copy of the original document on file in this office. This certification is true as long as there are no alterations to the document, AND as long as the document is sealed with a red seal.

State of California
County of Yolo
Jesse Salinas, County Clerk

Date JUN 2 1 2019　　By: _____
　　　　　　　　　　　　　　　Deputy Clerk

LINDA SMITH

Filed 10/08/19　　　　　　　　　　Case 19-26296　　　　　　　　　　Doc 10

**EXHIBIT 2**

```
                                        FILED
                                   YOLO SUPERIOR COURT
                                       JUN 21 2019
                                    BY  L. MENDOZA
                                          DEPUTY
```

**CARY P. GREISEN SB# 125173**
**GREISEN LAW CORPORATION**
**4120 DOUGLAS BLVD., #306-192**
**GRANITE BAY, CA 95746**
**Telephone No.: (916) 781-8338**

Attorney for Plaintiff **RAKESH VIJ**

## IN THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF YOLO

### Limited Civil Case

| | |
|---|---|
| RAKESH VIJ<br>          Plaintiff,<br>vs.<br>GAVIN MEHL, CASEY CONSTANTINE AND DOES 1 THROUGH 10<br>          Defendant(s). | Case No.: UD19-879<br><br>**DECLARATION OF CASEY CONSTANTINE RE PREJUDGMENT CLAIM OF POSSESSION OF DONOVAN CONSTANTINE** |

I, Casey Constantine, declare as follows:

I am a defendant in the above entitled action and have been a tenant at the property commonly known as 890 WEDGEWOOD COURT, WEST SACRAMENTO, CA 95605, YOLO COUNTY (Subject Property) since October 2017 as a tenant of defendant, Gavin Mehl. My wife, Olga Serin, and our minor children reside with me at the Subject Property and we are in the process of vacating the Subject Property having reached an agreement with the plaintiff Rakesh Vij to do so.

I have reviewed the attached Prejudgment Claim of Right to Possession and Answer of Donovan Constantine in the above entitled action. There is no person by that name that has occupied the Subject Property since October of 2017, nor am I aware of any person by that name having ever occupied the Subject Property. In addition, I am not aware of any person by that

- 1 -
DECLARATION OF CASEY CONSTANTINE RE PREJUDGMENT CLAIM OF POSSESSION OF DONOVAN CONSTANTINE

name, and have no known relatives by that name. I note that the phone number provided on the Answer of Donovan Constantine is one digit different than the phone number for Gavin Mehl. Mr. Mehl's phone number is (917) 304-6089 and the purported phone number for Donovan Constantine is (917) 304-6989.

I am aware of all of the occupants and tenants who have resided with me at the Subject Property during my tenancy. At the time of the foreclosure sale for the Subject Property, March 12, 2019, excluding my wife and minor children, there were only three other occupants of the Subject Property, Gavin Mehl who was the landlord at that time and still resides there; Ellis Pellem, who still resides there; and an individual named William who vacated May 19, 2019. I am aware of William's last name and it is not Constantine; (William has requested that I not provide his last name as he does not want any involvement in the above entitled unlawful detainer action). Similarly, on March 29, 2019, the date the complaint was filed in the above entitled action, excluding my wife and minor children, there were only three other occupants of the Subject Property, Gavin Mehl; Ellis Pellem, and William. William and Mr. Ellis moved into the Subject Property in May 2018 and April 2018, respectively.

At present, excluding myself, my wife and minor children, there are only two other occupants of the Subject Property, Gavin Mehl and Ellis Pellem.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: June 6TH, 2019           *Casey Constantine*
                                CASEY CONSTANTINE

- 2 -
DECLARATION OF CASEY CONSTANTINE RE PREJUDGMENT CLAIM OF POSSESSION OF DONOVAN CONSTANTINE