# RELIEF FROM STAY SUMMARY SHEET

\* \* \* INSTRUCTIONS ON FORM EDC 3-468-INST \* \* \*
COMPLETE ALL PORTIONS APPLICABLE TO THE RELIEF FROM STAY MOTION.
THIS IS IN THE NATURE OF A PRETRIAL STATEMENT AND IS **NOT** EVIDENCE.

**DEBTOR:** GAVIN GREGORY MEHL     **CASE NO.** 19-26296

**MOVANT:** RAKESH VIJ     **DC NO.** _____

**HEARING DATE/TIME:** October 22 2019; 1:30 p.m.

**RELIEF IS SOUGHT AS TO:**

    (✓) REAL PROPERTY    Assessor Parcel Number (APN): 014-730-013

    ( ) PERSONAL PROPERTY    If applicable, Vehicle Identification Number (VIN): _____

    (✓) STATE COURT LITIGATION

1. Address OR description of property or state court action: 890 WEDGEWOOD COURT, WEST SACRAMENTO 95605 Yolo County; Rakesh Vij v Gavin Mehl, et al, Yolo County Superior Court # UD19-879

2. Movant's trust deed is a ( ) 1st ( ) 2nd ( ) 3rd ( ) Other: n/a post foreclosure eviction
   OR
   Leased property is ( ) Residential ( ) Non-residential Term: ( ) Month-to-Month ( ) Other

3. Verified appraisal filed? _____ Movant's valuation of property: $_____

4. The following amounts are presently owing to movant for:

| PRINCIPAL | INTEREST | COSTS | TOTAL |
|---|---|---|---|
| $_____ | $_____ | $_____ | $_____ |

5. State identity, rank, and balance owing to other known lien holders. Use additional page(s) if necessary.
   _____ $_____
   _____ $_____
   _____ $_____
                   TOTAL ALL LIENS $_____
                   DEBTOR'S EQUITY $_____

6. Monthly payment is $_____, of which $_____ is for impound account. Monthly late charge is $_____.

7. The last payment by debtor was received on _____ and was applied to the payment due _____.

8. Number of payments past due and amount: (a) Pre-petition ____ $_____ (b) Post-petition ____ $_____.

9. Notice of Default was recorded on _____. Notice of sale was published on _____.

10. If a chapter 13 case, in what class is this claim? _____

11. Grounds for seeking relief (check as applicable):

    (✓) § 362(d)(1)     (✓) § 362(d)(2)     ( ) § 362(d)(3)     ( ) § 362(d)(4)

    (✓) Cause   ( ) Inadequate protection   (✓) Lack of equity   ( ) Lack of insurance   (✓) Bad faith

    ( ) Surrendered pursuant to Statement of Intention.    ( ) Report of No Distribution has been filed.

    ( ) Other _____

EDC 3-468 (Rev. 2/18)