**CARY P. GREISEN SB# 125173**
**GREISEN LAW CORPORATION**
**4120 DOUGLAS BLVD., #306-192**
**GRANITE BAY, CA 95746**
**Telephone No.: (916) 781-8338**

Attorney for **RAKESH VIJ**

## UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>**GAVIN GREGORY MEHL**<br>      Debtor,<br>_____ | Bankruptcy Case No. 19-26296<br><br>DC No.  CPG-001<br><br>**PROOF OF SERVICE RE**<br><br>**MOTION FOR RELIEF FROM STAY BY RAKESH VIJ**<br><br>**Local Rule 9014-1 (f) (2)**<br><br>**Date: October 22, 2019**<br>**Time: 1:30 p.m.**<br>**Courtroom: 33**<br>**Dept.: C** |

- 1 -

**PROOF OF SERVICE RE**

**MOTION FOR RELIEF AND ANNULMENT OF STAY BY TKR PROPERTIES, LLC**

# PROOF OF SERVICE

**CASE NAME:** In Re: GAVIN GREGORY MEHL
**COURT:** United State Bankruptcy Court, Eastern District of California
**CASE No:** 19-26296
**DCN:** CPG-001

I am a citizen of the United States and a resident of the County of Placer. I am over the age of 18 years, and not a party to the within action; my business address is 4120 Douglas Blvd., Ste. 306-192, Granite Bay, CA 95746.

On the below date I served the following

- NOTICE OF MOTION FOR RELIEF FROM STAY BY RAKESH VIJ

- MOTION FOR RELIEF FROM STAY BY RAKESH VIJ

- POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR RELIEF FROM STAY BY RAKESH VIJ

-EXHIBITS IN SUPPORT OF MOTION FOR RELIEF FROM STAY BY RAKESH VIJ

- DECLARATION OF RAKESH VIJ IN SUPPORT OF MOTION FOR RELIEF FROM STAY BY RAKESH VIJ

-RELIEF FROM STAY SUMMARY SHEET

By placing a true copy thereof, in a sealed envelope with postage thereon fully prepaid, in the United States Post Office Mail at Roseville, California, addressed as set forth below on **October 8, 2019.** Where the address includes an e-mail address, service was accomplished by electronic means in compliance with Rule 5(b)(2)(d) of the Federal Rules of Bankruptcy Procedure and Local Rule 7005-1(d).

| | |
|---|---|
| GAVIN GREGORY MEHL<br>890 WEDGE WOOD COURT<br>WEST SACRAMENTO, CA 95605 | *U.S. Trustee*<br>**Office of the U.S. Trustee**<br>Email: ustpregion17.sc.ecf@usdoj.gov<br>**Emailed 10/8/19**<br><br>**David Cusick**<br>PO Box 1858<br>Sacramento, CA 95812-1858<br>legalmail@cusick13.com<br><br>**Emailed 10/8/19** |

- 2 -

**PROOF OF SERVICE RE**

**MOTION FOR RELIEF AND ANNULMENT OF STAY BY TKR PROPERTIES, LLC**

1  I declare under penalty of perjury, under the laws of the State of California that the
2  foregoing is true and correct.

4  Executed on October 8, 2019, at Roseville, CA.

_____
Cary Greisen

- 3 -

**PROOF OF SERVICE RE**

**MOTION FOR RELIEF AND ANNULMENT OF STAY BY TKR PROPERTIES, LLC**