GAVIN MEHL
890 Wedge Wood Court
West Sacramento Ca ~95605
Phone: (917) 304-6089

Debtor pro se.

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

In re: GAVIN GREGORY MEHL            Case No.: 19-26296

Debtor(s)      /

## VERIFICATION AND MASTER ADDRESS LIST

    I declare that the attached Creditor Mailing Matrix is the Master Address List, consisting of one sheet, contains the correct, amended/complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: 10/08/2019

_____
GAVIN MEHL, In Pro Per Debtor

**MASTER ADDRESS LIST**

Vivint Solar

1060 National Dr Ste 3,

Sacramento, CA 95834

Capital One

Attn: General Correspondence

P.O. Box 30285

Salt Lake City, UT 84130-0287