DAVID P. CUSICK, TRUSTEE, #160467
NEIL ENMARK, #159185, attorney for Trustee
TALVINDER S. BAMBHRA, #230907, attorney for Trustee
KRISTEN A. KOO, #230856, attorney for Trustee
P.O. Box 1858
Sacramento, California 95812-1858
(916) 856-8000
legalmail@cusick13.com

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

IN RE: ) Case No: 19-26296-C-13C
) DCN: CPG-1
)
GAVIN G. MEHL ) TRUSTEE'S RESPONSE TO
) MOTION FOR RELIEF FROM
) AUTOMATIC STAY
)
) DATE: OCTOBER 22, 2019
) TIME: 1:30 PM
) JUDGE: KLEIN
Debtor(s) ) COURTROOM: 33

    DAVID P. CUSICK, TRUSTEE, does not oppose the Motion for Relief of Rakesh Vij regarding property located at 890 Wedgewood Court, West Sacramento, CA. The Debtor has not filed Schedules or a Plan in the unconfirmed case and the Court has issued an Order extending the deadline to file documents to 11-4-19 (DN 20), the Trustee does not oppose.

    WHEREFORE, the Trustee requests the Court consider these matters.

Dated: October 15, 2019

_____
Neil Enmark, Attorney for Trustee

1