**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

In re:　　　　　　　　　　　　)
　　　　　　　　　　　　　　　)
GAVIN GREGORY MEHL,　　　　　) Case No. 19-26296-C-13C
　　　　　　　　　　　　　　　)
　　　　　　Debtor(s).　　　　)
_____)

**ORDER DENYING APPLICATIONS
FOR SHORTENED NOTICE FOR
MOTION TO VACATE DISMISSAL
AND
MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL**

The debtor, Gavin Mehl ("Debtor"), filed two applications seeking orders shortening the time for notice. Dckts. 61, 66. The first application ("Application One") was filed November 15, 2019, and seeks to set a hearing for November 26, 2019, on Debtor's Motion To Vacate Dismissal ("Motion To Vacate"). Dckt. 60. The second application ("Application Two") filed November 18, 2019, seeks to set the hearing on Debtor's Motion For Extension of Time to File Notice of Appeal ("Motion For Extension") for the same day. Dckt. 65.

The court has reviewed the applications for shortened notice, the respective motions, the supporting pleadings, and the record, and makes the following determinations.

The premise of the motions is that the action of this court in continuing a stay relief motion until after an established deadline for the debtor to comply with basic filing requirements for a chapter 7 case meant that he did not need to comply with those requirements when and as required.

/ / /

The dismissal of Debtor's Chapter 13 case was no mistake. Debtor requested, and obtained from this court, a continuance of the hearing on the Motion for Relief From Stay (Dckt. 8) filed by Rakesh Vij. This court's granting of a continuance of that hearing did not operate to extend the time to file the outstanding Chapter 13 documents. As the outstanding documents were not timely filed, dismissal of the case was appropriate. Nor was it an inadvertent action by the clerk's office. This court examined the record as of that time and directed the entry of the dismissal of this case.

One effect of dismissal of the case is that the automatic stay terminated as a matter of law. 11 U.S.C. § 362(c). Therefore, the motion for stay relief, for which the hearing was continued, became moot. As moot, it shall be removed from calendar and denied as moot.

There is no need to shorten time for the Motion To Vacate or Motion To Extend because the dismissal of the case was without prejudice to filing another case. If the Debtor wishes to have the Motion To Vacate heard, he can file, serve, and set that motion for hearing on December 18, 2019. However, Debtor has the option simply to file another case in which he promptly complies with all filing requirements.

This court is mindful that the Debtor filed an Application For Services To Persons With Communication Disabilities, and it was on that account that this court deferred consideration of the stay relief motion as a reasonable accommodation. Dckt. 29. The court also takes judicial notice that a suspiciously identical document was filed in the chapter 7 case of Robert Sinclair, Case No. 19-

26199, in which the Debtor appears to be involved.  Schedule G and the Statement of Financial Affairs filed by the debtor in that case reflect that John G. Mehl is listed as a lessor of the real property commonly known as 3104 Crest Haven Drive, Sacramento, California. <u>Bankr. E.D. Cal. No. 19-26199</u>, Dckt. 31.  The papers filed by the Debtor reveal that, whatever communication disability may exist, it does not impair his ability to produce written papers.

　　　In the Sinclair case, there was a hearing on a motion for relief from stay November 6, 2019. *Id.,* Dckt. 42. While Debtor had no matter set for hearing that day, it is noted that the Debtor attended and carefully observed that hearing from a seat in the back row of the courtroom.

　　　The court also takes judicial notice that, as a result of the dismissal of this case, the court has also dismissed as moot Debtor's adversary proceeding entitled *Gavin Mehl v. The Judicial Council Of California, dba Yolo County Superior Court, Hon. Peter M. Williams, Hon. Stephen Louis Mock, Rakesh Vij, and Does 1-50*, Adversary Proceeding No. 19-2133.  Although the dismissal of that adversary proceeding was on grounds of mootness triggered by the dismissal of the underlying bankruptcy case, a review of that complaint exposes glaring jurisdictional defects that bespeak a complaint that is not well-pleaded and potentially in violation of Federal Rule of Bankruptcy Procedure 9011.

　　　As to the question of extending the time to appeal, the court is mindful that it has discretion under Federal Rule of Bankruptcy Procedure 8002(d) and that there is a tendency to afford latitude to self-represented individuals.  A review of the overall record,

1 including the apparent connection of this case with Case No. 19-
2 26199 the Robert Sinclair case and the nature of Adversary
3 Proceeding No. 19-2133, persuade this court that an extension of
4 the time in which to appeal would unduly complicate and prolong the
5 situation.

6 　　　Moreover, this court's order dismissing the Debtor's
7 bankruptcy case was without prejudice to the filing by the Debtor
8 of another case in which he proceeds to comply with all duties of a
9 debtor was without prejudice to filing in a new case of any
10 adversary proceeding that does not offend Rule 9011.

11 　　　Therefore:

12 　　　IT IS ORDERED that the Application One and Application Two
13 seeking orders shortening the time for notice are DENIED.

14 　　　IT IS FURTHER ORDERED that the hearing on the Motion For
15 Relief From Automatic Stay (Dckt. 8) set for November 26, 2019, is
16 removed from the calendar as moot because the automatic stay
17 automatically expired when the case was dismissed.  Hence, that
18 stay relief motion will, in a separate order, be denied as moot.

Dated: November 25, 2019

_____
United States Bankruptcy Judge

- 4 -

**INSTRUCTIONS TO CLERK OF COURT**
**SERVICE LIST**

The Clerk of Court is instructed to send the attached document, via the BNC, to the following parties:

Office of the U.S. Trustee
Robert T Matsui United States Courthouse
501 I Street, Room 7-500
Sacramento, CA 95814

Gavin Gregory Mehl
890 Wedge Wood Court
West Sacramento, CA 95605

David Cusick
PO Box 1858
Sacramento, CA 95812-1858