**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** Gavin Gregory Mehl   **Case No.:** 19-26296 - C - 13

**Docket Control No.** CPG-1

**Date:** 11/26/2019

**Time:** 1:30 PM

**Matter:** [8] - Motion for Relief from Automatic Stay [CPG-1] Filed by Creditor Rakesh Vij (Fee Paid $181) (eFilingID: 6594306) (lars)

**Judge: Christopher M. Klein**
**Courtroom Deputy: Lindsey Peratis**
**Reporter: Not Recorded**
**Department: C**

---

**APPEARANCES for:**
**Movant(s):**
None
**Respondent(s):**
None

---

**CIVIL MINUTES**

Motion removed from calendar. Resolved without Oral Argument

**The court issued an Order (Dckt. 69) removing the Motion from the calendar on November 24, 2019.**