FORM EDC 6–632 Order Closing Case Where Case Has Been Dismissed (v.8.14)     19–26296 – C – 13 C

**UNITED STATES BANKRUPTCY COURT**
Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3–200
Sacramento, CA 95814
(916) 930–4400
M–F 9:00 AM – 4:00 PM
www.caeb.uscourts.gov



## ORDER CLOSING CASE WHERE CASE HAS BEEN DISMISSED

**Case Number:** 19–26296 – C – 13 C

**Debtor Name(s) and Address(es):**

Gavin Gregory Mehl
890 Wedge Wood Court
West Sacramento, CA 95605

WHEREAS, an order has heretofore been entered dismissing case,

**IT IS ORDERED** that the above–entitled case be and the same is hereby closed.

Dated: 4/15/20                                                    Wayne Blackwelder
Clerk of Court